

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00373-CV

In re Sergio **PADILLA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: June 28, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relator on April 17, 2023. The court concludes relator is not entitled to the relief sought and relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022CI18445, styled *Blanca Padilla v. Sergio Padilla and Juan Espinoza*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.